# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff,  )<br>)<br>v.   )<br>)<br>RICHARD J. RANDOLPH, III   )<br>)<br>Defendant.   )<br>) | Civil Action No.<br>1:21-cv-1321-SDG |

## PLAINTIFF SEC'S MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to Fed.R.Civ.P. 79(b) and LR 7.1, Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby moves that the Court enter the Judgment as to Defendant Richard J. Randolph, III, submitted herewith. The SEC and Defendant have reached a settlement of this matter, and Defendant has consented to the entry of the judgment. In support, the SEC states:

## Background

1. On April 1, 2021, the SEC filed its Complaint against Defendant Richard J. Randolph, III ("Defendant"), alleging, *inter alia*, violations of the Federal securities laws.

2. The SEC and Defendant have now reached a settlement in this case. Attached hereto as **Exhibit A** is the executed Consent of Defendant. The Consent sets forth the terms of the Defendant's settlement with the Commission.

3. Attached hereto as **Exhibit B** is the proposed Judgment to which Defendant has agreed. The Consent of Defendant includes consent to entry of the Final Judgment.

4. The proposed Judgment includes: (1) injunctive relief prohibiting Defendant from further violations of Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5] and Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)]; a bar preventing Defendant from serving as a director or officer of public companies; and (3) a conduct-based injunction prohibiting Defendant from participating in certain specified securities industry acts. It also provides that disgorgement, prejudgment interest thereon, and a civil money penalty will later be imposed by the Court, upon motion of the SEC.

## Approval of Settlement Terms

5. Approval of a settlement in an SEC enforcement case is appropriate where it is "fair and reasonable, with the additional requirement that the public interest would not be disserved, in the event that the consent decree includes

injunctive relief." *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014); *see also FTC v. American Entertainment Distributors, Inc.*, 433 Fed.Appx. 816, 2011 WL 2672545 (11th Cir. 2011). Factors to be considered include (1) the basic legality of the decree; (2) whether the terms of the decree, including its enforcement mechanism, are clear; (3) whether the consent decree reflects a resolution of the actual claims in the complaint; and (4) whether the consent decree is tainted by improper collusion or corruption of some kind. *Citigroup* at 294-95 (internal citations omitted).

6. Given the allegations in the Complaint, which the Defendant neither admits nor denies, the relief set forth in paragraph 4 is a fair and reasonable resolution of this matter and the injunctions, bars and forthcoming monetary relief will serve the public interest.

WHEREFORE, the SEC respectfully requests that this Court grant this Motion and enter the proposed Judgment as to Defendant Richard J. Randolph, III, attached hereto.

Dated: April 28, 2021[1]

---

[1] Pursuant to Local Rule 7.1D, counsel for the Commission certifies that this Motion to Amend Judgment has been prepared in 14 point Times New Roman font, which is approved by the Court in LR 5.1B.

Respectfully submitted,

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Email: loomism@sec.gov

*/s/ W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Email:  murnahanw@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia 30326-1382
(404) 842-7600

## **CERTIFICATE OF SERVICE**

On April 28, 2021, I electronically filed the foregoing Motion for Entry of Consent Judgment with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on counsel who have registered in the CM/ECF system.

/s/ *W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel