IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD J. RANDOLPH, III ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 1:21-cv-1321-SDG |

## PLAINTIFF SEC'S MOTION FOR FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("Commission") respectfully moves the Court for Final Judgment with respect to Defendant Richard J. Randolph ("Randolph"). This Motion follows the Court's prior Judgment as to Randolph [Dkt. No. 7], which was a partial judgment that imposed injunctive relief while also providing that Randolph would be ordered to pay disgorgement, prejudgment interest and a civil penalty, but leaving the amounts of each to be determined "upon motion by the Commission." [Dkt. No. 7, ¶ V].

In the Motion, the Commission asks the Court to enter a Final Judgment in the form submitted herewith, which (a) renews the injunctive relief previously ordered and (b) orders Randolph to pay disgorgement of $1,110,260.86, plus prejudgment interest of $175,248.40, for a total of $1,285,509.26, but deems that obligation satisfied by the restitution order of $1,602,200 entered against Randolph

in the parallel criminal case styled *United States v. Randolph*, No. 1:21-cr-00118-SDG (N.D. Ga.). The Commission is not seeking a civil penalty because Randolph's incarceration of 78 months in the parallel criminal action sufficiently penalizes Randolph for this conduct. *Id.*, Dkt. No. 22 at 2.

Dated: February 26, 2024[1]

        Respectfully submitted,

        *s/W. Shawn Murnahan*
        W. Shawn Murnahan
        Senior Trial Counsel
        Georgia Bar No. 529940
        Email: murnahanw@sec.gov

        M. Graham Loomis
        Regional Trial Counsel
        Georgia Bar No. 457868
        Email: loomism@sec.gov

        Attorneys for Plaintiff
        SECURITIES AND EXCHANGE
        COMMISSION
        Atlanta Regional Office
        950 East Paces Ferry Road, N.E., Suite 900
        Atlanta, Georgia 30326-1382
        (404) 842-7600

---

[1] Pursuant to Local Rule 7.1D, counsel for the Commission certifies that this Motion to Amend Judgment has been prepared in 14-point Times New Roman font, which is approved by the Court in LR 5.1B.

## CERTIFICATE OF SERVICE

On February 26, 2024, I electronically filed the foregoing Motion for Entry of Consent Judgment with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on counsel who have registered in the CM/ECF system.

<u>*s/W. Shawn Murnahan*</u>
W. Shawn Murnahan
Senior Trial Counsel