IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE COMMISSION, )
)
    Plaintiff, )
)
v. ) Civil Action No.
) 1:21-cv-1321-SDG
RICHARD J. RANDOLPH, III )
)
    Defendant. )
)

## DECLARATION OF KARAZ S. ZAKI

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Karaz S. Zaki. I am over twenty-one years of age, am a resident of Maryland and have personal knowledge of the matters set forth herein.

2. I am a Certified Public Accountant in the State of Georgia and am employed as a Senior Enforcement Accountant with the Home Office of the United States Securities and Exchange Commission ("SEC" or "Commission"). I have worked within the Commissions' Division of Enforcement since June 2000.

3. I make this declaration in support of the Commission's Motion for Final Judgment as to Defendant.

4. In the course of my duties with the Commission, I regularly conduct inquiries and assist in investigations into possible violations of the federal securities

1

laws. My responsibilities include analyzing financial records, including bank records, other books and records of companies, and other information and documents that have been obtained by Commission staff during the course of investigations. I make calculations and observations based upon my review and analysis of those records, and I prepare spreadsheets and charts summarizing those calculations and observations. The documents that I analyze in the course of my duties with the Commission are of the type reasonably relied upon by accountants forming opinions and inferences about, among other things, the finances of an entity and its sources and uses of money.

5. As part of my duties as an SEC accountant, I analyzed bank account records, including monthly statements, cancelled checks, deposit records, bank signature cards and wire details for the following bank accounts:

| # | ACCOUNT OWNER | INSTITUTION | ACCT # xx | ACTIVITY START DATE | ACTIVITY END DATE |
|---|---|---|---|---|---|
| 1 | Randolph Acquisitions, Inc. | JP Morgan Chase Bank, NA | 6228 | 06/10/13 | 09/30/14 |
| 2 | Randolph Acquisitions, Inc. | SunTrust | 1230 | 01/05/17 | 01/31/19 |
| 3 | Randolph Acquisitions, Inc. | Wells Fargo | 2114 | 03/02/18 | 12/31/18 |
| 4 | Gallagher Management Group, LLC | JP Morgan Chase Bank, NA | 2981 | 08/04/16 | 08/21/18 |
| 5 | Gallagher Management Group, LLC | SunTrust | 0975 | 08/04/15 | 03/31/16 |
| 6 | The Gallagher Fund, L.P. | SunTrust | 0967 | 04/08/15 | 04/30/17 |

6. All bank accounts detailed in paragraph 5 above were produced to the Commission by the listed bank.

7.      I analyzed this information, made determinations, and prepared worksheets. I refer below to the bank accounts in the name of Randolph Acquisitions, Inc., collectively as the "Randolph accounts." I refer to the bank accounts in the name of Gallagher Management Group, LLC and The Gallagher Fund, L.P. as the "Gallagher accounts."

8.      Based on my review of the bank account information, I determined that there was $1,617,200 in deposits from 14 investors. Specifically, I identified $1,212,200 and $405,000 of deposits in the Randolph and Gallagher accounts, respectively.

9.      In addition, I reviewed withdrawals to determine various classifications of expenses. I identified what appeared to be business expenses, including but not limited to approximate payments for payroll of $220,000, consulting fees of $44,000, professional services of $16,000, and real estate payments of $188,000. I also identified withdrawals of $1,110,260.86, which were not apparent business expenses, and detailed in paragraph 10 below.

10.     In Summary, the following $1,110,260.86 was paid by the investor deposits of $1,617,200:

| Description of Withdrawal | Amount | Apparent Category |
|---|---|---|
| Richard Randolph | $ 364,502.30 | For Benefit Of |
| Cash | $ 355,619.25 | For Benefit Of |
| Credit Card Payments | $ 81,604.66 | Non-Business |
| Check Card Transactions | $ 7,814.48 | Retail |

| Check Card Transactions | $ 45,721.22 | Travel |
| Check Card Transactions | $ 2,591.81 | Food & Entertainment |
| Loans/Other investors | $ 252,407.14 | Non-Business |
| **TOTAL** | **$1,110,260.86** | |

11. At the request of SEC trial counsel, I have, using the SEC's Prejudgment Interest Calculator, calculated prejudgment interest from October 1, 2018 through June 30, 2022 for a total interest amount of $175,248.40. Exhibit A to my declaration is copy of the chart setting forth the Total Principal and Interest calculation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Karaz S. Zaki, CPA

Executed in Silver Spring, Maryland on November 22, 2024.

4

**Exhibit A to Zaki Declaration**



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

### Randolph Acquisitions, Inc.

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,110,260.86** |
| 11/01/2018-12/31/2018 | 5.00% | 0.84% | $9,277.52 | $1,119,538.38 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $16,563.03 | $1,136,101.41 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $16,994.83 | $1,153,096.24 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $14,532.17 | $1,167,628.41 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $14,715.32 | $1,182,343.73 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $14,698.54 | $1,197,042.27 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $14,881.26 | $1,211,923.53 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $9,139.10 | $1,221,062.63 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $9,208.01 | $1,230,270.64 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $9,100.63 | $1,239,371.27 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $9,269.82 | $1,248,641.09 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $9,441.78 | $1,258,082.87 |
| 10/01/2021-12/31/2021 | 3.00% | 0.76% | $9,513.17 | $1,267,596.04 |
| 01/01/2022-03/31/2022 | 3.00% | 0.74% | $9,376.74 | $1,276,972.78 |
| 04/01/2022-05/31/2022 | 4.00% | 0.67% | $8,536.48 | $1,285,509.26 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 11/01/2018-05/31/2022 | | | $175,248.40 | $1,285,509.26 |